Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Order unanimously modified by granting an examination before trial as to items 3, 4 and 5 of the notice of motion, and, as so modified, affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of I. CHARLES SCHWALB, an Attorney.— Motion for reargument of motion to confirm referee's report, or for leave to appeal to the Court of Appeals denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (November 21, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHAIN FURNITURE SHOPS, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EDWARD C. ALEXION, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, an Unincorporated Association Consisting of More Than Seven Persons, and Others, Respondents, v. E. H. GOODWIN MOTOR CAR COMPANY, INC., and Others, Appellants, Impleaded with Another, Defendant. (Action No. 1.) E. H. GOODWIN MOTOR CAR COMPANY, INC., Appellant, v. EDWARD C. ALEXION, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, an Unincorporated Association Consisting of More Than Seven Persons, an Independent and Unaffiliated Union, Respondent, Impleaded with Another, Defendant. (Action No. 2.) — Interlocutory judgment, so far as appealed from, and the final judgment, unanimously affirmed, with one bill of costs to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EDWARD C. ALEXION, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, an Unincorporated Association Consisting of More Than Seven Persons, Respondent, v. LESLIE W. HOLLINGSWORTH and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SAMUEL SALTZMAN, Respondent, v. EDWIN J. DRYER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FRANK P. UFFORD, as Receiver of the Property of MARGARET W. BAKER, Appellant, v. HENRY W. BULL and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HUBERT T. DELANY and Others, Appellants, v. CENTRAL VALLEY GOLF CLUB, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EVELYN ETCHEGOYEN, Respondent, v. PHOENIX MANAGEMENT CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HERMAN B. TAUBENFELD, Respondent, v. LYNN CONSTRUCTION CO., INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the